# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

150972

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                 SC: 150972
                                 COA: 324234

ROBERT ALLEN BAKER a/k/a
JOHN FRANCIS CAVERLY,
         Defendant-Appellant.
                                 Roscommon CC: 14-007041-FH

_____/

       On order of the Court, the application for leave to appeal the December 8, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Roscommon Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. On remand, because the trial court determined that it would not take the challenged information in the PSIR into account at sentencing, the trial court shall also direct the probation officer to delete the challenged information from the PSIR as required by MCR 6.425(E)(2)(a) and assure that a corrected copy of the report is prepared and transmitted to the Michigan Department of Corrections per MCR 6.425 and MCL 771.14(6). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

p0922